IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RAYVON BOATMAN,
     Petitioner,

vs.                                    Case No. 3:07cv470/LAC/EMT

WALTER McNEIL,
     Respondent.
_____/

**O R D E R**

     This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 22, 2009 (Doc. 42).  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of objections filed, if any.

     Having considered the report and recommendation, and any timely filed objections thereto, I have determined that the report and recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

     2. This case is **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

     **DONE AND ORDERED** this 24th day of February, 2009.

s/L.A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**